1   JACKSON LEWIS LLP
    MITCHELL F. BOOMER (SBN 121441)
2   CARA CHING-SENAHA (SBN 209467)
    199 Fremont Street, 10th Floor
3   San Francisco, California  94105
    Telephone: (415) 394-9400
4   Facsimile: (415) 394-9401

5   Attorneys for Defendant
    IKEA CALIFORNIA, LLC (incorrectly sued as
6   IKEA)

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

**CV 08 0181**

10

| | |
|---|---|
| 11  DAVID W. WRIGHT, | Case No. |
| 12         Plaintiff, | **NOTICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441(B) [DIVERSITY JURISDICTION]** |
| 13      v. | |
| 14  IKEA and DOES 1 through 25, inclusive, | |
| 15       Defendants. | Complaint filed:  September 28, 2007 |
| 16 | No Trial Date Set |
| 17 | |
| 18 | |

19  TO THE CLERK OF THE ABOVE-REFERENCED COURT:

20

21       PLEASE TAKE NOTICE that defendant IKEA CALIFORNIA, LLC (incorrectly sued

22  as "IKEA") ("Defendant") filed a Notice to State Court and to Adverse Party of Removal of

23  Action Under 28 U.S.C. §§ 1332 AND 1441 (b) [Diversity Jurisdiction] in the Superior Court of

24  the State of California, County of San Mateo on January __, 2008.  A copy of Defendant's

25  Notice to State Court and to Adverse Party of Removal of Action Under 28 U.S.C. §§ 1332 And

26  ///

27  ///

28  ///

NOTICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28
U.S.C. SECTIONS 1332 AND 1441(B) [DIVERSITY JURISDICTION]          Case No.

1  1441(b) is attached as Exhibit "A" to this Notice.

2                                                    RESPECTFULLY SUBMITTED,

3  Dated:  January 9, 2008

4                                                    JACKSON LEWIS LLP

5

6                                     By: _Cara Ching-S_____

7                                          MITCHELL F. BOOMER
                                            CARA CHING-SENAHA
8                                          Attorneys for Defendant
                                            IKEA CALIFORNIA, LLC (incorrectly sued as
9                                          "IKEA")

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2

## CERTIFICATE OF SERVICE

Re:    David Wright v. IKEA

Case No. _____

       I hereby declare that I am employed with the law firm of Jackson Lewis LLP whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

       On the date stated below, I served the attached **NOTICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441(B) [DIVERSITY JURISDICTION]** in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

       **Attorneys for Plaintiff**
       Frank A. Jelinch, Esq.
       Law Office of Frank A. Jelinch
       20045 Stevens Creek Blvd., Suite 20
       Cupertino, California 95014
       Tel.: (408) 366-6300
       Fax: (408) 252-3936

[ X ]  **BY U.S. MAIL:**  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[  ]    **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the above address.

[  ]    **BY OVERNIGHT EXPRESS DELIVERY:** I caused such envelope(s) to be delivered by overnight express delivery to the above address.

[  ]    **BY FACSIMILE:**  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

       Executed on _Jan. 10_____, 2008, at San Francisco, California.

                                        Cheryl K. Baltru

**NOTICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441(B) [DIVERSITY JURISDICTION]**                    Case No.

# EXHIBIT A

1  JACKSON LEWIS LLP
   MITCHELL F. BOOMER (SBN 121441)
2  CARA CHING-SENAHA (SBN 209467)
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   IKEA CALIFORNIA, LLC (incorrectly sued as
6  IKEA)

7

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9               IN AND FOR THE COUNTY OF SAN MATEO

10

11  DAVID W. WRIGHT,                    Case No. CIV 466476

12            Plaintiff,                **NOTICE TO STATE COURT AND
                                        ADVERSE PARTY OF REMOVAL OF
13      v.                              ACTION UNDER 28 U.S.C. SECTIONS
                                        1332 AND 14419(B) [DIVERSITY
14  IKEA and DOES 1 through 25, inclusive,  JURISDICTION]**

15            Defendants.               Complaint filed: September 28, 2007

16                                      No Trial Date Set

17

18

19  TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE

20  COUNTY OF SAN MATEO AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

21          PLEASE TAKE NOTICE that on January 9, 2008, Defendant IKEA CALIFORNIA, LLC

22  (incorrectly sued as "IKEA") ("Defendant") filed a Notice of Removal of this action to the United

23  States District Court for the Northern District of California, San Jose Division. A true and

24  correct copy of said Notice of Removal, including all exhibits, is attached hereto and incorporated

25  herein by reference and is served and filed herewith as Exhibit A.

26          Pursuant to 28 U.S.C. Section 1446, the filing of the attached Notice of Removal with the

27  United States District Court effects the removal of this action. The above-captioned Court may

28

                                        1
NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND
14419(b) [DIVERSITY JURISDICTION]
                                                        Case No. CIV 466476

1   proceed no further unless and until the case is remanded.

2

3                               RESPECTFULLY SUBMITTED,

4   Dated:  January 9, 2008            JACKSON LEWIS LLP

5

6                         By: _____

7                              MITCHELL F. BOOMER
                             CARA CHING-SENAHA

8                              Attorneys for Defendant
                             IKEA CALIFORNIA, LLC (incorrectly sued as
                             "IKEA")

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## PROOF OF SERVICE

I hereby declare that I am employed with the law firm of Jackson Lewis LLP whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On the date stated below, I served the attached **NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332 and 14419(B) [DIVERSITY JURISDICTION]** in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

**Attorneys for Plaintiff**
Frank A. Jelinch, Esq.
Law Office of Frank A. Jelinch
20045 Stevens Creek Blvd., Suite 20
Cupertino, California 95014
Tel.: (408) 366-6300
Fax: (408) 252-3936

[ X ]  **BY U.S. MAIL:**  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[  ]  **BY HAND DELIVERY:**  I caused such envelope(s) to be delivered by hand to the above address.

[  ]  **BY OVERNIGHT EXPRESS DELIVERY:**  I caused such envelope(s) to be delivered by overnight express delivery to the above address.

[  ]  **BY FACSIMILE:**  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on _Jan 10_____, 2008, at San Francisco, California.

Cheryl K. Balteu

H:\I\IKEA\IKEA - Wright, David (DFEH) (112261)\Lawsuit\Pleadings\State Court\Notice of Removal of Action.doc

3

NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 14419(b) [DIVERSITY JURISDICTION]

Case No. CIV 466476