```
JACKSON LEWIS LLP
MITCHELL F. BOOMER (SBN 121441)
CARA CHING-SENAHA (SBN 209467)
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
```

Attorneys for Defendant
IKEA CALIFORNIA, LLC (incorrectly sued as IKEA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DAVID W. WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>IKEA and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. CV 08 00181 RS<br><br>**CERTIFICATE OF SERVICE** |

    I hereby declare that I am employed with the law firm of Jackson Lewis LLP whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

    On the date stated below, I served the following documents:

    1.    NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 14419(B) [DIVERSITY JURISDICTION]

    2.    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

    3.    NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES

    4.    NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE (INCLUDING FORMS FOR CONSENT TO PROCEED

BEFORE A UNITED STATES MAGISTRATE JUDGE AND DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

**Attorneys for Plaintiff**
Frank A. Jelinch, Esq.
Law Office of Frank A. Jelinch
20045 Stevens Creek Blvd., Suite 20
Cupertino, California 95014
Tel.: (408) 366-6300
Fax: (408) 252-3936

[ X ]   **BY U.S. MAIL:**  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]   **BY HAND DELIVERY:**  I caused such envelope(s) to be delivered by hand to the above address.

[ ]   **BY OVERNIGHT EXPRESS DELIVERY:**  I caused such envelope(s) to be delivered by overnight express delivery to the above address.

[ ]   **BY FACSIMILE:**  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 11, 2008, at San Francisco, California.

_____
Cheryl K. Baltru