UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Wright,
            Plaintiff(s),

Case No. C-08-00181 RS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

IKEA,
            Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/8/2008

_____
[Party]

Dated: _____

Cara Ching-Senaha, Jackson Lewis LLP
[Counsel] Attys. for Defendant IKEA.