04/08/2008 14:31 IFAX ecopy@jacksonlewis.com → Reception 002/002
Apr 08 08 02:31p p.2
Case 5:08-cv-00181-JW Document 7 Filed 04/09/2008 Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Wright,
  Plaintiff(s),

v.

IKEA,
  Defendant(s).

CASE NO. C-08-00181 RS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

  ___ have not yet reached an agreement to an ADR process
  ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference – 4/30/08, 2:30pm

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Cara Ching-Senaha | IKEA, Defendant | 415-394-9400 | ching-senahac@jacksonlewis.com |
| Frank Jelinch | David Wright, Plaintiff | 408-366-6300 | frank@jelinchlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/8/08

_____
Attorney for Plaintiff

Dated: 4/8/08

_____
Attorney for Defendant

Rev 1.05