IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Wright, | NO. C 08-00181 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| IKEA California, LLC, | |
| Defendant. | |

A Case Management Conference in the above entitled action is presently scheduled for May 19, 2008. Based on the parties' representations in their Joint Case Management Statement, the Court continues the Case Management Conference to **June 30, 2008 at 10 a.m.** to accommodate the parties' efforts to resolve the case in an Early Settlement Conference ("ESC"). The parties shall complete the ESC on or before **June 15, 2008.**

Pursuant to the Civil Local Rules of Court, on or before **June 20, 2008**, the parties shall file a further Joint Case Management Statement updating the Court on their settlement efforts, and proposing a discovery plan which includes a date for the close of all discovery.

Dated: May 15, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cara Mei Kam Ching-Senaha ching-senahac@jacksonlewis.com
Frank A Jelinch frank@jelinchlaw.com
Mitchell F. Boomer boomerm@jacksonlewis.com

**Dated: May 15, 2008**               **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**