```
LAW OFFICE OF FRANK A. JELINCH
Frank A. Jelinch, Esq. (SBN 42890)
20045 Stevens Creek Blvd., Suite 20
Cupertino, California 95014
Tel.: (408) 366-6300
Fax: (408) 252-3936
 Attorneys for Plaintiff
 DAVID W. WRIGHT


JACKSON LEWIS LLP
MITCHELL F. BOOMER (SBN 121441)
CARA CHING-SENAHA (SBN 209467)
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
 Attorneys for Defendant
 IKEA CALIFORNIA, LLC (incorrectly sued as
 IKEA)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DAVID W. WRIGHT,<br><br>          Plaintiff,<br><br>     v.<br><br>IKEA and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No. CV 08 00181 JW<br><br>**JOINT ADR STIPULATION AND REQUEST FOR SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE; [PROPOSED] ADR ORDER**<br><br>Complaint filed: September 28, 2007<br><br>No Trial Date Set |

COME NOW Plaintiff DAVID W. WRIGHT, through his attorneys, Frank Jelinch of the Law Office of Frank A. Jelinch, and Defendant IKEA CALIFORNIA, LLC (hereinafter "IKEA"), through its attorneys, Mitchell F. Boomer and Cara Ching-Senaha of Jackson Lewis LLP (collectively, the "Parties"), and hereby submit their Joint ADR Stipulation and Request for

1

07/14/2008 16:54 IFAX ecopy@jacksonlewis.com → Reception ☒003/004
Jul 14 08 04:06p  Case 5:08-cv-00181-JW  Document 17  Filed 07/15/2008  Page 2 of 3 p.3

Settlement Conference Before A Magistrate Judge, as follows:

1. On Tuesday, April 8, 2008, attorneys Frank A. Jelinch and Cara Ching-Senaha participated in a conference of the parties, pursuant to Fed.R.Civ.Proc. 26(f). Through their counsel, the Parties have agreed to participate in a settlement conference before a Magistrate Judge;

2. In particular, IKEA has experienced great success with the Court's settlement conference process. IKEA also believes that a settlement conference before a magistrate judge is preferable over other forms of ADR due to the emotionally-charged nature of Plaintiff's claims and threats Plaintiff made to his manager and others when he was notified of his discharge – factors that IKEA believes would be tempered by the presence and influence of a credible neutral such as a United States Magistrate;

3. To date, no discovery has been taken. The Parties have agreed that, aside from the parties' initial disclosures, no discovery (written or deposition) shall be conducted prior to the settlement conference;

4. During a teleconference with the Court's ADR office on April 28, 2008, the Parties reiterated their request for a settlement conference before a magistrate judge and their agreement to forego discovery pending ADR. At the end of the ADR teleconference, the parties were notified that the Court would be issuing an Order regarding ADR before or at the case management conference;

5. On June 26, 2008, this Court issued a Scheduling Order in lieu of a case management conference. The Scheduling Order did not reference any ADR process; and

6. THEREFORE, the Parties respectfully request this Court issue an Order referring the Parties to a magistrate-led settlement conference, to be held on a date mutually convenience for the Court, the parties and their counsel.

Dated: July 7, 2008

FRANK A. JELINCH
LAW OFFICE OF FRANK A. JELINCH
Attorneys for Plaintiff
David W. Wright

Respectfully Submitted,

JACKSON LEWIS LLP

Dated: July 15, 2008

_____
MITCHELL F. BOOMER
CARA CHING-SENAHA
Attorneys for IKEA CALIFORNIA, LLC (erroneously sued as "IKEA")

## ORDER

GOOD CAUSE APPEARING THEREFOR, and the Parties having stipulated to participation in a settlement conference before a Magistrate Judge, the terms of the above-Stipulation are hereby adopted and the Parties are hereby ORDERED: (1) to meet and confer within the next ____ business days on their availability to attend a settlement conference; (2) identify three dates on which the Parties and their counsel are mutually available; and (3) contact _____ to arrange a mutually-agreeable date to participate in a settlement conference before a magistrate judge within the next 60 to 90 days.

IT IS SO ORDERED.

Dated: July ____, 2008

_____
Judge of the Above-Entitled Court

H:\I\IKEA\IKEA - Wright, David (DFEH) (112261)\Lawsuit\Pleadings\Federal Court\Jt ADR Stipulation and Request for Settlement Conference CMC 070908.doc