**United States District Court**
For the Northern District of California

*E-FILED*
**August 21, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WRIGHT, | No. C 08-00181 JW (RS) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| IKEA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference previously scheduled for **October 6, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **October 7, 2008 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated August 6, 2008, shall remain in effect.

1   The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2   prior to the date set for settlement conference.

3

4   Dated:   August 21, 2008

5

6   _____
    RICHARD SEEBORG
7   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Mitchell F. Boomer     boomerm@jacksonlewis.com, baltruc@jacksonlewis.com

Cara Mei Kam Ching-Senaha     ching-senahac@jacksonlewis.com, baltruc@jacksonlewis.com

Frank A Jelinch     frank@jelinchlaw.com, roberta@jelinchlaw.com

Dated: August 21, 2008

                    CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                    By:     /s/ *BAK*