1 LAW OFFICE OF FRANK A. JELINCH
Frank A. Jelinch, Esq. (SBN 42890)
2 20045 Stevens Creek Blvd., Suite 20
Cupertino, California 95014
3 Tel.: (408) 366-6300
Fax: (408) 252-3936
4 Attorneys for Plaintiff
DAVID W. WRIGHT

6 JACKSON LEWIS LLP
MITCHELL F. BOOMER (SBN 121441)
7 CARA CHING-SENAHA (SBN 209467)
199 Fremont Street, 10th Floor
8 San Francisco, California 94105
Telephone: (415) 394-9400
9 Facsimile: (415) 394-9401
Attorneys for Defendant
10 IKEA CALIFORNIA, LLC (incorrectly sued as
IKEA)

**GRANTED**
*Judge James Ware*
11/10/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DAVID W. WRIGHT, | Case No. CV 08-00181 JW (RS) |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| IKEA and DOES 1 through 25, inclusive, | [F.R.C.P. 41(a)(1)(i)] |
| Defendants. | |

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is

//
//

1

1 | dismissed with prejudice, each party to bear its own attorney's fees and costs.

2 | Dated: November 6, 2008

FRANK A. JELINCH
LAW OFFICE OF FRANK A. JELINCH
Attorneys for Plaintiff
David W. Wright

Respectfully Submitted,

JACKSON LEWIS LLP

Dated: November 6, 2008

MITCHELL F. BOOMER
CARA CHING-SENAHA
Attorneys for IKEA CALIFORNIA, LLC
(erroneously sued as "IKEA")

**IT IS SO ORDERED.** The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

UNITED STATES DISTR

Dated: November 10, 2008

H:\I\IKEA\IKEA - Wright, David (DFEH) (112261)\Lawsuit\Pleadings\Federal Court\Stip Req for Dismissal.doc